## Goetz's Estate (No. 2).

Argued Feb. 27, 1912.   Appeals, No. 71, Jan. T., 1912, by George A. Goetz, and No. 74, Jan. T., 1912, by Anna .K. Goetz, from decree of O. C. Berks Co., Nov. T., 1910, No. 35, dismissing exceptions to adjudication in Estate of Ferdinand Goetz, deceased.   Before FELL, C. J., BROWN, MESTREZAT, ELKIN and STEWART, JJ.   Reversed.

Exceptions to adjudication.

The facts of the case appear in Goetz's Estate No. 1, 236 Pa. 630.

*Errors assigned* in overruling exceptions to adjudication.

*Cyrus G. Derr,* for George Z. Goetz, appellant.

*Henry P. Keiser,* for Anna K. Goetz, Appellant.

*Jefferson Snyder,* of *Snyder & Zeiber,* for William C. Billman, Appellee.

OPINION BY MR. JUSTICE BROWN, July 2, 1912:

The assignments of error filed in these two appeals are sustained, so far as they complain of the decree of the court below directing that, out of the profits of the Ferdinand Goetz Sons' Company, William C. Billman be paid the sum of $18,428.80 as the balance due him for compensation as the business manager of the corporation, the costs on each appeal to be paid by the estate.